UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKHAEL FELDMAN,<br><br>                              Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                              Defendant. | Case No.: 24-cv-930-RSH-BLM<br><br>**ORDER REMANDING CASE**<br><br>[ECF No. 15] |

Having reviewed the Parties' Joint Motion for Voluntary Remand ("Joint Motion"), the Court hereby **REMANDS** the above-captioned action to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

**IT IS SO ORDERED**.

Dated:  October 15, 2024

*Robert S. Huie*
_____
Hon. Robert S. Huie
United States District Judge

1

24-cv-930-RSH-BLM